

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00802-CV

**IN THE INTEREST OF V. G**., et al., Children,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02840
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief was originally due to be filed on December 31, 2014. On January 6, 2015, appellant filed a motion requesting an extension of time to file the brief.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

The motion is GRANTED IN PART, and appellant's brief must be filed no later than January 28, 2015. **Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored**.

_Sandee Bryan Marion_

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

_____

Keith E. Hottle
Clerk of Court